Decided June 17, 1998

DEPARTMENT OF CHILDREN AND FAMILIES *v.*
FREEDOM OF INFORMATION
COMMISSION ET AL.

The petition by the defendant Local 2663, Council 4, AFSCME, for certification for appeal from the Appellate Court, 48 Conn. App. 467 (AC 16997), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*Jason W. Cohen,* in support of the petition.

*Ralph G. Elliot,* in opposition.

Decided June 17, 1998